UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

LUIS ZHICAY,

      Plaintiff,

-against-

SALAS CORPORATION CORP ET AL.,

      Defendants.

------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 22, 2021

1:21-cv-3795 (ALC)

<u>ORDER APPROVING SETTLEMENT</u>

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the revised fairness letter and Settlement Agreement filed by the Parties on December 16, 2021. ECF No. 32. The Court has reviewed the Settlement Agreement, as well as the accompanying fairness letter, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The Court finds it to be fair and reasonable and approves the Settlement. Accordingly, this matter is hereby discontinued with prejudice. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: **December 22, 2021**
    **New York, New York**

                   */s/ Andrew L. Carter, Jr.*
                   _____
                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**